**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALANA DUNN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIFIED DISTRICT SCHOOL CLOVIS, et al.,<br><br>        Defendants. | Case No. 1:25-cv-0962 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 21 DAYS<br><br>(Docs. 2, 3) |

    Alana Dunn seeks to proceed *in forma pauperis* in this action, which she initiated by filing a complaint on August 5, 2025. (Docs. 1, 2.) The assigned magistrate judge reviewed the application and found the information provided was "inconsistent with a finding of poverty based on household income, stated expenses, and stated assets." (Doc. 3 at 2.) The magistrate judge noted that Plaintiff reported an annual household income of $91,294.80, including her own salary as well as the SSI benefits received for four children. (*Id.* at 2-3.) The magistrate judge found Plaintiff did not show she was unable to pay the filing fee, and recommended the Court deny the request to proceed *in forma pauperis.* (*Id.* at 3.)

    Plaintiff filed timely objections to the Findings and Recommendations. (Doc. 4.) Plaintiff provides additional information concerning her income since 2020 and the SSI benefits received for the four children. (*Id.* at 7-16.) However, Plaintiff does not dispute the finding of the magistrate judge that her annual income exceeds $90,000, or otherwise demonstrate an inability

to pay the Court's filing fee. Thus, Plaintiff's objections do not show either factual or legal errors by the magistrate judge.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, including Plaintiff's objections and exhibits, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. As the magistrate judge found, Plaintiff's income is sufficient for her to pay the filing fee and still afford necessities for her and her dependents. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (a litigant shows indigency when "unable to pay for the court fees and costs, and to provide necessities for himself and his dependents"). Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 7, 2025 (Doc. 3) are **ADOPTED** in full.
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Plaintiff **SHALL** pay the $405.00 filing fee in full **within 21 days** of the date of service to proceed with this action.

**Failure to pay the filing fee as ordered will result in the Court dismissing the action without prejudice.**

IT IS SO ORDERED.

Dated:  **August 14, 2025**

UNITED STATES DISTRICT JUDGE

2